**Order entered October 8, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00679-CV

## IN THE INTEREST OF L.A., D.J.A, B.S.A., J.N.A., AND M.N.A., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-03637**

## ORDER

Before the Court is Mother's October 4, 2019 motion to supplement the clerk's record and for extension of time to file her brief. Mother asserts the clerk's record is missing the documents from trial court cause numbers DF-17-19074 and DF-17-08352, both of which she believes were consolidated into the underlying cause of this appeal, and asks the deadline for filing her brief be reset to allow for the filing of the supplemental clerk's record.

We note that the record reflects, and the Dallas County District Clerk has confirmed, that only cause number DF-17-08352 was consolidated into the underlying cause. We further note a supplemental clerk's record filed June 24, 2019 contains documents from cause number DF-17-08352, including the pleadings. Accordingly, we **DENY** the motion to supplement.

We **GRANT** the extension motion to the extent that we **ORDER** Mother's brief be filed no later than October 18, 2019. Because this accelerated appeal from a final order in a child protection case was filed June 10, 2019 and should be brought to final disposition within 180

days of the filing of the notice of appeal, further extension requests will not be granted absent exigent circumstances. *See* TEX. R. JUDICIAL ADMIN. 6.2(a).

/s/    KEN MOLBERG
         JUSTICE